JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN ROBERTSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OFFERPAD BROKERAGE CA INC.,<br><br>Defendant. | CASE NO. 5:24-cv-02138-SRM-SHKx<br><br>**ORDER UPON JOINT STIPULATION OF DISMISSAL**<br><br>Complaint served: October 23, 2024 |

**IT IS HEREBY ORDERED THAT** Plaintiff's individual claims in this action are hereby dismissed with prejudice; it is further

**ORDERED** that the class action claims are dismissed without prejudice.

Dated: March 19, 2025

Hon. Serena R. Murillo

Judge of the United States District Court